**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | **Chapter 11 Case No.** |
| | : | |
| **LYONDELL CHEMICAL COMPANY, et al.,** | : | **09-10023 (REG)** |
| | : | |
| **Debtors** | : | **(Jointly Administered)** |

-------------------------------------------------------- x

| | | |
|---|---|---|
| **CONOCOPHILLIPS COMPANY** | : | |
| | : | |
| **Appellant-Defendant** | : | |
| | : | |
| **v.** | : | **Case No. 1:09-CV-02687 (RMB)** |
| | : | |
| **LYONDELL CHEMICAL COMPANY, et al.,** | : | |
| | : | |
| **Appellees-Plaintiffs** | : | |
| | : | |

-------------------------------------------------------- x

## ORDER OF DISMISSAL OF APPEAL

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the above-captioned appeal is dismissed without prejudice, with each party to bear its own costs and with all rights reserved unto the parties, including, without limitation, ConocoPhillips Company's right to assert a claim, including an administrative expense claim, for damages for wrongful issuance of injunctive relief and Lyondell Chemical Company's right to object to and oppose such claim.

Dated: May 12, 2009.

*RMB*

Judge Richard M. Berman

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/12/09

1